UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GLENN SALAZAR, MARIO JUAREZ AGUILAR, PETER GARCIA and BRIANNE FLOOD, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

                Plaintiffs,

v.

THE BAHCHE, INC. d/b/a BISON & BOURBON, MEHMET VURGUN, YEHOSHUA SHAGALOV, SHNEUR MINSKY, and LIOR HACHMON,

                Defendants.

---

Case No.: 1:21-cv-05257

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs hereby accept and provide notice that they have accepted Defendants' THE BAHCHE, INC. d/b/a BISON & BOURBON, MEHMET VURGUN, SHNEUR MINSKY, and LIOR HACHMON Offer of Judgment dated March 5, 2023, and annexed hereto as **Exhibit A**.

Dated: March 8, 2023

                Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiffs, FLSA Collective Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2023, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants:

Shneur Minsky
613 E. New York Avenue, #5R
Brooklyn, NY 11203
Jeff@yalepf.com

Lior Hachmon
1411 East 3rd Street
Brooklyn, NY 11230
Liorh0555@gmail.com

Mehmet Vurgun
Yildirim Sokak Fikirtepe Mah Fortis
Sinanli, Apt. 86
Yeni Kadikoy
Istanbul
Turkey
Vurgunusa@msn.com

The Bache, Inc d/b/a Bison & Bourbon
Bison & Bourbon
191 7th Street
Brooklyn, NY 11215
c/o Shneur Minsky
Jeff@yalepf.com

By: _____
C.K. Lee, Esq.