**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

GLENN SALAZAR, MARIO JUAREZ AGUILAR, PETER GARCIA and BRIANNE FLOOD, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

               Plaintiffs,

  v.

THE BAHCHE, INC. d/b/a BISON & BOURBON, MEHMET VURGUN, YEHOSHUA SHAGALOV, SHNEUR MINSKY, and LIOR HACHMON,

               Defendants.

**Case No.**: 1:21-cv-05257(AMD)(VMS)

**RULE 68 JUDGMENT**

---

     **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants THE BAHCHE, INC. d/b/a BISON & BOURBON, MEHMET VURGUN, SHNEUR MINSKY, and LIOR HACHMON ("Defendants"), having offered to allow Plaintiffs GLENN SALAZAR, MARIO JUAREZ AGUILAR, PETER GARCIA and BRIANNE FLOOD ("Plaintiffs") to take a judgment against them, inclusive of all attorney's fees and costs, in the sum of Fifty Five Thousand Dollars and No Cents ($55,000.00), to resolve all of Plaintiff's claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 5, 2023 and filed as Exhibit A to Docket Number 51;

     **WHEREAS**, on March 8, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 51);

     It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiffs GLENN SALAZAR, MARIO JUAREZ AGUILAR, PETER GARCIA and BRIANNE FLOOD, in the sum of $55,000.00, in accordance with the terms and conditions of Defendants'

Rule 68 Offer of Judgment dated March 5, 2023 and filed as Exhibit A to Docket Number 51. The Clerk of Court is respectfully directed to close this case.

BRENNA B. MAHONEY  
CLERK OF COURT

Dated: March 10, 2023                      BY: *Jalitza Poveda*  
     Brooklyn, New York                                    Deputy Clerk